■■■ NEIL P. JACOBS et al., Respondents, v JAMES KENT, Appellant. [795 NYS2d 920]—Appeal from a judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered May 14, 2004 in a personal injury action. The judgment, after a nonjury trial on the issue of damages, awarded plaintiffs the sum of $455,950.84.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.